**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   CHIQUITA FRESH,                        No. C-11-06683 DMR

10            Plaintiff(s),               **ORDER CONTINUING INITIAL CASE
                                          MANAGEMENT CONFERENCE**
11       v.

12  GREENE TRANSPORT,

13            Defendant(s).
    _____/
14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16       The Initial Case Management Conference previously scheduled for November 7, 2012 has

17  been CONTINUED to **January 9, 2013 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,

18  1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19  **January 2, 2013.**

20       IT IS SO ORDERED.

21

22  Dated:  November 1, 2012

23                                          _____
                                            DONNA M. RYU
24                                          United States Magistrate Judge

25

26

27

28