| | |
|---|---|
| MARK F. HAZELWOOD, SBN 136521<br>mhazelwood@lowball.com<br>DIRK D. LARSEN, SBN 246028<br>dlarsen@lowball.com<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, California  94111-2584<br>Telephone (415) 981-6630<br>Facsimile (415) 982-1634<br><br>Attorneys for Defendant<br>GREENE TRANSPORT COMPANY<br><br><br>TODD A. ANGSTADT, SBN 166404<br>tangstadt@psalaw.net<br>ELISA R. MARCALETTI, SBN 227263<br>emarcaletti@psalaw.net<br>PHILLIPS, SPALLAS & ANGSTADT LLP<br>Three Embarcadero Center, Suite 550<br>San Francisco, California 94111<br>Telephone (415) 278-9400<br>Facsimile (415) 278-9411<br><br>Attorneys for Defendant<br>JOHN GREENE LOGISTICS COMPANY | ROBERT M. BODZIN, SBN 201327<br>rbodzin@burnhambrown.com<br>RAYMOND A. GREENE, III, SBN 131510<br>rgreene@burnhambrown.com<br>ALISON F. GREENE, SBN 148309<br>agreene@burnhambrown.com<br>BURNHAM BROWN<br>A Professional Law Corporation<br>P.O. Box 119<br> Oakland, California  94604<br><br>1901 Harrison Street, 14th Floor<br> Oakland, California  94612<br> Telephone (510) 444-6800<br> Facsimile (510) 835-6666<br><br>Attorneys for Plaintiff<br>CHIQUITA FRESH NORTH AMERICA, L.L.C. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH NORTH AMERICA, LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GREENE TRANSPORT COMPANY; JOHN GREENE LOGISTICS COMPANY; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. CV 11-6683 DMR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DISCOVERY DEADLINES AND RE: JOINT STATEMENT OF FACTS WITH RESPECT TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

## **RECITALS**

1.      The above-captioned action arises in part from events that are also the subject of *Holtzapple, et al. v. Ajax Logistics, et al. ("Holtzapple")*, In the Circuit Court of the Ninth Judicial Circuit, In and For Osceola County, Florida, Case No. 10-CA-7095 AN (22). The parties to this action

are also parties to the *Holtzapple* action. In order to avoid duplicative discovery proceedings while promoting efficiency and economy, the parties wish to coordinate the depositions of party-affiliated personnel in the two actions. Due to the progress of the *Holtzapple* action, the parties anticipate that the depositions will take place in April and May 2013.

2.      Plaintiff Chiquita Fresh North America, LLC ("Chiquita") has filed a motion for partial summary judgment against defendant Greene Transport Company ("GTC") on the issues of GTC's alleged breach of contractual provisions regarding (1) the defense of Chiquita in Holtzapple; (2) the acquisition of insurance for Chiquita; and (3) the use of subcontractors to carry Chiquita's load. (Doc. No. 53.) The hearing of Chiquita's motion is scheduled for May 9, 2013; GTC's opposition is due on April 8, 2013, and Chiquita's reply on April 15, 2013. GTC believes that the deposition of Chiquita's present Transportation Manager, currently scheduled for April 19, 2013, may reveal agreement or dispute regarding facts that GTC contends are relevant to Chiquita's motion, primarily to issue (3), above.

3.      Paragraph 14 of the Standing Order of the Hon. Donna M. Ryu provides that motions for summary judgment or adjudication are to be accompanied by a joint statement of material facts not in dispute. It does not contain an explicit provision for supplemental joint statements. Chiquita and GTC have met and conferred in good faith in order to create a joint statement of facts not in dispute, which Chiquita filed along with its motion for partial summary judgment. Chiquita does not object to GTC's submission of a Supplemental Joint Statement of Undisputed Material Facts which is filed with GTC's opposition to Chiquita's Motion for Partial Summary Adjudication.  GTC does not object to Chiquita's submission of a Supplemental Joint Statement of Undisputed Material Facts which is filed with Chiquita's reply in further support of its Motion for Partial Summary Adjudication.

Accordingly, the parties HEREBY STIPULATE as follows:

**<u>STIPULATION</u>**

1.      That the deadline for completing non-expert discovery be continued from May 1, 2013, to June 15, 2013;

2.      That the deadline for disclosing expert witnesses and reports be continued from May 1, 2013, to June 15, 2013;

3. That the deadline for disclosing rebuttal expert witnesses and reports be continued from May 15, 2013, to June 30, 2013;

4. That the deadline for completing expert discovery be continued from May 29, 2013, to July 14, 2013;

5. That the parties may, as necessary, submit one supplemental joint statement of material facts not in dispute to accompany GTC's response to Chiquita's motion for summary adjudication, and one such statement to accompany Chiquita's reply, under the standards set forth in Paragraph 14 of the Standing Order.

SO STIPULATED.

Dated: April 2, 2013.

        LOW, BALL & LYNCH

        By   s/ Dirk D. Larsen
          MARK F. HAZELWOOD
          DIRK D. LARSEN
          Attorneys for Defendant
          GREENE TRANSPORT COMPANY

Dated: April 2, 2013.

        PHILLIPS, SPALLAS & ANGSTADT LLP

        By   s/ Elisa R. Marcaletti
          TODD A. ANGSTADT
          ELISA R. MARCALETTI
          Attorneys for Defendant
          JOHN GREENE LOGISTICS COMPANY

Dated: April 2, 2013.

        BURNHAM BROWN

        By   s/ Robert M. Bodzin
          ROBERT M. BODZIN
          RAYMOND A. GREENE, III
          ALISON F. GREENE
          Attorneys for Plaintiff
          CHIQUITA FRESH NORTH AMERICA, L.L.C.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties herein, and good cause appearing therefor, it is HEREBY ORDERED:

1. That the deadline for completing non-expert discovery is continued from May 1, 2013, to June 15, 2013;

2. That the deadline for disclosing expert witnesses and reports is continued from May 1, 2013, to June 15, 2013;

3. That the deadline for disclosing rebuttal expert witnesses and reports is continued from May 15, 2013, to June 30, 2013;

4. That the deadline for completing expert discovery is continued from May 29, 2013, to July 14, 2013;

5. That the parties may, as necessary, submit one supplemental joint statement of material facts not in dispute to accompany GTC's response to Chiquita's motion for summary adjudication, and one such statement to accompany Chiquita's reply, under the standards set forth in Paragraph 14 of the Standing Order.

IT IS SO ORDERED.

Dated: April _6_, 2013.

_____
HON. DONNA M. RYU
U.S. MAGISTRATE JUDGE