UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH NORTH AMERICA, LLC, | No. C-11-06683 DMR |
| Plaintiff, | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| GREENE TRANSPORT COMPANY, et al. | |
| Defendant(s). | |

  The court hereby orders Plaintiff and Defendant Greene Transport Company to each submit by no later than **12 p.m. on May 3, 2013** supplemental briefing on the following issues: (1) whether Ohio has a substantial relationship to the parties or their transactions, and facts supporting that argument; (2) whether there is a reasonable basis for the parties' choice of law, and facts supporting that argument; (3) if the parties' choice of Ohio law is contrary to a fundamental policy of California, and if so (4) whether California has a materially greater interest than Ohio; and (5) whether Defendant Greene Transport Company concedes that the choice-of-law provision designating Ohio law applies to the parties' disputes at issue in Plaintiff's Motion for Partial Summary Judgment [Docket No. 53]. Each brief is not to exceed seven pages. Parties may, however, attach as exhibits any evidence or facts relevant to the above issues.

  IT IS SO ORDERED.

Dated: April 26, 2013

DONNA M. RYU
United States Magistrate Judge