UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, | No. C-11-06683-DMR |
| Plaintiff(s), | **ORDER RESETTING HEARING DATE ON MOTION FOR BREACH OF CONTRACT DAMAGES [DOCKET NO. 72]** |
| v. | |
| GREENE TRANSPORT, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of August 22, 2013 on Plaintiff's motion for breach of contract damages [Docket No. 72] has been vacated. You are hereby notified that the hearing on the motion is set for **October 10, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The briefing schedule is unaffected by the continuance of the hearing date.

IT IS SO ORDERED.

Dated: August 8, 2013

_____
DONNA M. RYU
United States Magistrate Judge