Robert M. Bodzin, CASB# 201327
Raymond A. Greene, III, CASB# 131510
Alison F. Greene, CASB# 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        rbodzin@burnhambrown.com
              rgreene@burnhambrown.com
              agreene@burnhambrown.com

Attorneys for Plaintiff
CHIQUITA FRESH NORTH AMERICA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH NORTH AMERICA, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>GREENE TRANSPORT COMPANY; JOHN GREENE LOGISTICS COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | No.   C-11-06683-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DEPOSITION DEADLINES** |

**RECITALS**

1. On June 26, 2013 (in Docket Item No. 77), this Court set the following schedule for expert discovery:  Plaintiff's expert disclosure and report due July 15, 2013 and completion of expert discovery on September 12, 2013;

2. Since that time, Plaintiff served its rebuttal expert disclosure report on July 15, 2013 on the subject of its alter ego claim against Defendant John Greene Logistics Company (JGLC). Collectively there are three experts (two for JGLC and one for Plaintiff) on the subject of this

1

1  alter ego claim. The only remaining expert discovery needed is for these three experts to be
2  deposed.
3     3.  For the past month, counsel for Plaintiff and JGLC have been working on the briefs
4  (respectively) in support and in opposition to Plaintiff's Motion for Contract Damages (Docket
5  Item No. 72) that was originally set for hearing on August 22, 2013, but recently continued by
6  the Court to October 10, 2013 (Docket Item No. 83).
7     4.  Simultaneously, counsel for Plaintiff and JGLC have been working to assist their
8  respective Florida counterparts in the <u>Greene/Holtzapple</u> wrongful death litigation with their
9  mediation set to take place on August 19, 2013.
10    5.  Given the activity on this case and the fact that our current expert deposition deadlines
11 require us to complete expert depositions in the next few weeks, counsel for Plaintiff and JGLC
12 join in this request for a continuance of the expert deposition deadline to November 8, 2013.
13    6.  Given the current trial date of April 28, 2014 (set at the June 20, 2013 Case Management
14 Conference), Plaintiff and JGLC respectfully submit that this continuance will not interfere with
15 any existing dates in this case or with the schedule for pre-trial submissions.
16    7.  Although counsel for Defendant Greene Transport Company is not presenting or
17       deposing these experts, he joins in this request;
18    8.  Based on the foregoing, all parties believe there is good cause to continue the deadline
19 for completion of expert depositions from September 12, 2013 to November 8, 2013;
20    Accordingly, the parties HEREBY STIPULATE as follows:

## **STIPULATION**

22    1.  The deadline for completion of expert depositions from September 12, 2013 to
23 November 8, 2013.
24 ///
25 ///
26 ///
27
28

DATED: August 14, 2013                         BURNHAM BROWN


By:   /s/
      ROBERT M. BODZIN
      RAYMOND A. GREENE, III
      ROBERT M. BODZIN

      Attorneys for Plaintiff
      CHIQUITA FRESH
      NORTH AMERICA, L.L.C.


DATED: August 14, 2013                         LOW BALL & LYNCH


By:   /s/
      MARK F. HAZELWOOD
      DIRK D. LARSEN

      Attorneys for Defendant
      GREENE TRANSPORT COMPANY


DATED: August 14, 2013                         PHILLIPS, SPALLAS & ANGSTADT


By:   /s/
      TODD ANGSTADT
      ELISA RHEIN MARCALETTI

      Attorneys for Defendant
      JOHN GREENE LOGISTICS COMPANY

## [PROPOSED] ORDER

1. The deadline for completion of expert depositions from September 12, 2013 to November 8, 2013.

    IT IS SO ORDERED.

DATED: August 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge

4827-8768-4885, v. 1