UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH, | No. C-11-06683 DMR |
| Plaintiff(s), | **ORDER TO LODGE UNREDACTED INVOICES WITH THE COURT FOR IN CAMERA REVIEW** |
| v. | |
| GREENE TRANSPORT, | |
| Defendant(s). | |

Plaintiff is ordered to lodge unredacted copies of the invoices presented in Plaintiff's Request for Judicial Notice in Support of Motion for Breach of Contract Damages [Docket No. 75] with the court for in camera review by **September 25, 2013.** Plaintiff is advised that if the redactions to the invoices are not narrowly tailored to their claims of privilege, Plaintiff may be required to redo the redactions and re-file Docket No. 75.

IT IS SO ORDERED.

Dated: September 20, 2013

DONNA M. RYU
United States Magistrate Judge