**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIQUITA FRESH,

    Plaintiff(s),

    v.

GREENE TRANSPORT,

    Defendant(s).
_____/

No. C-11-06683 DMR

**ORDER TO LODGE UNREDACTED INVOICES WITH THE COURT FOR IN CAMERA REVIEW**

    Plaintiff is ordered to lodge unredacted copies of the invoices presented in Plaintiff's Request for Judicial Notice in Support of Motion for Breach of Contract Damages [Docket No. 75] with the court for in camera review by **September 25, 2013.** Plaintiff is advised that if the redactions to the invoices are not narrowly tailored to their claims of privilege, Plaintiff may be required to redo the redactions and re-file Docket No. 75.

    IT IS SO ORDERED.

Dated: September 20, 2013

_____
DONNA M. RYU
United States Magistrate Judge