UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIQUITA FRESH,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GREENE TRANSPORT,<br><br>        Defendant(s).<br>_____/ | No. C-11-06683 DMR<br><br>**ORDER** |

The court is in receipt of Plaintiff's notice of Defendant Greene Transport Company's default on this court's order dated December 17, 2013, and Plaintiff's proposed entry of partial judgment for payment of breach of contract damages. [Docket Nos. 104, 105.]

By **March 10, 2014,** GTC shall either oppose Plaintiff's proposed entry of partial judgment or file a notice of non-opposition to it. Any opposition shall not exceed five pages. If GTC opposes entry of partial judgment, Plaintiff shall respond within one week of GTC's opposition; any response shall not exceed five pages.

IT IS SO ORDERED.

Dated: February 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge